UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN A. LAIGO,<br><br>      Petitioner,<br><br> v.<br><br>STATE OF WASHNGTON,<br><br>      Respondent. | CASE NO. 2:20-cv-01827-RSM-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The petition is dismissed, Dkt. 8, and COA is denied.

(3) The motions for vicarious exhaustion and to compel, Dkts. 9, 10 are stricken.

(4) The Clerk is directed to send copies of this Order to the parties.

Dated this 2nd day of February, 2021.

                /s/ Ricardo S. Martinez
                RICARDO S. MARTINEZ
                CHIEF UNITED STATES DISTRICT JUDGE